UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, | MDL NO. 1407 |
| This document relates to: | ORDER GRANTING WYETH'S MOTION FOR SUMMARY JUDGMENT |
| Lydia Dyson v. American Home Products Corp., et al., 2-cv-893. | |

Wyeth f/k/a American Home Products Corporation ("Wyeth") moves this court for summary judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, on the grounds that the evidence in this case demonstrated that plaintiff did not ingest a PPA-containing product manufactured by Wyeth within the seventy-two hours prior to her alleged stroke as required by the Court's June 18, 2003 Daubert Order. Plaintiff did not file an opposition to the motion.

IT IS HEREBY ORDERED that plaintiff's claims against Wyeth

ORDER
Page - 1 -

1 | are dismissed, with prejudice, without costs.
2 |     DATED at Seattle, Washington, this 18th day of September
3 | 2007.

_____
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

ORDER
Page - 2 -